### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SCIORE | : |
| | :    No. 21-cv-5151-JMY |
| | : |
| v. | : |
| | : |
| WILLIAM MCGRATH, ETAL | : |

## ORDER

AND NOW, this 11th day of February, 2022, it is hereby ORDERED that the Motion for Admission *Pro Hac Vice* of Lauren Valli, Esquire, (ECF No. 2) to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.[1]

Lauren Valli, Esquire is admitted *pro hac vice* in this matter and shall abide by the Rules of Attorney Conduct, including all disciplinary rules as set forth in Local Rule of Civil Procedure 83.6 *et seq*.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ *John Milton Younge*
Judge John Milton Younge

---

[1] This Court's Local Rules require attorneys, including those admitted *pro hac vice*, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.