# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL SCIORE**, : | |
| : | Case No.   21-cv-5151-JMY |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| **WILLIAM MCGRATH, ET AL**, : | |
| : | |
| *Defendant* : | |

# ORDER

**AND NOW**, this 23rd day of May, 2022, it is hereby **ORDERED** that the initial pretrial conference in the above-captioned matter, scheduled for May 25, 2022 at 2:00 P.M. is **CANCELED**.

**BY THE COURT:**

/s/ *John Milton Younge*
_____
Judge John Milton Younge